**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: JEFFREY W. POWERS               CHAPTER 13
       LISA B. POWERS                  CASE NO. 10-61624
          Debtor(s)

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM

Comes now, the debtors, by counsel on their objection to the claim *#8* of *Gregory W. Harlow*, which was filed with this court and upon a notice and order of hearing entered on *October 20, 2011*, and upon a response having been filed by the creditor and upon agreement by all parties, and further it appearing to the court that it is proper to do so, it is therefore

### ORDERED, ADJUDGED and DECREED

that claim *#8* of *Gregory W. Harlow*, is allowed as a general unsecured claim, subject to review and further objection by the Chapter 13 Trustee, in the amount $6,535.74, which is ½ the original claim amount.

Copies of this order shall be mailed to the Debtor, Debtor's Counsel, Chapter 13 Trustee and *Gregory W. Harlow*.

Dated: February 1, 2011

_____
William E. Anderson
U.S. Bankruptcy Judge

I ask for this:

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.
Counsel for Debtor
201 Enterprise Drive, Suite A
Forest, VA 24551

Seen:

/s/ Herbert L. Beskin
Chapter 13 Trustee

/s/ David D. Embrey, Esq.
David D. Embrey, Esq.
Counsel for Creditor